# UNITED STATES DISTRICT COURT

for the

Western District of New York

__________ Division

25 CV 338

| | | |
|---|---|---|
| Vern Ramon Lockridge<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>Section 8 Office Buffalo MHA, NY<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. ____________ *(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

UNITED STATES DISTRICT COURT FILED APR 16 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Vern Ramon Lockridge |
| Street Address | 1329 Kenmore Ave. |
| City and County | Buffalo Erie |
| State and Zip Code | New York 14217 |
| Telephone Number | 7163889221 |
| E-mail Address | vernlockridge@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Section 8 Office Buffalo MHA, NY |
| Job or Title *(if known)* | |
| Street Address | 476 Loisiana St. |
| City and County | Buffalo Erie |
| State and Zip Code | New York 14204 |
| Telephone Number | 7168455364 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Housing and Disability Rights violation due to the hate crime against me.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

    b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

They have my phone number blocked in their system and I spoke with two directors in charge and I was shunned and discriminated on. I was listed in the homeless network while in Texas and I was discriminated on. Emilio of Evergreen Unconditional stated that they were looking for me in 2015 and I was in Texas. I came back in 2017 and registered with the Restoration of Society and was also shunned or discriminated on.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The said amount requested

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ______________

Signature of Plaintiff ______________

Printed Name of Plaintiff Vern Ramon Lockridge

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

JUVENAL DEPAZ
1539 LIME LEAF LN
DUNCANVILLE, TX 75137-4176

DETACH HERE

TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

TxDMV

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
| --- | --- | --- | --- |
| [illegible] | 2008 | AUDI | 4D |

TITLE DOCUMENT NUMBER: [illegible]

DATE TITLE ISSUED: [illegible]

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | ODOMETER READING |
| --- | --- | --- | --- | --- |
| A6 | | [illegible] | [illegible] | [illegible] |

PREVIOUS OWNER: JUVENAL DEPAZ DUNCANVILLE TX

REMARK(S)

OWNER
JUVENAL DEPAZ
1539 LIME LEAF LN
DUNCANVILLE, TX 75137

X ______ SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED | DATE

NONE

BY ______ AUTHORIZED AGENT

DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED | DATE

BY ______ AUTHORIZED AGENT

DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED | DATE

BY ______ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THE AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE ______ DATE
SIGNATURE ______ DATE
SIGNATURE ______ DATE

FORM 30-C REV 05/2016

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification** online at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the Title Check icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**

15219247 7

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

**ASSIGNMENT OF TITLE**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein, and has been transferred to the following printed name and address:

CarMax Auto Superstores
Name of Purchaser

3300 SS [illegible] | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1) The mileage stated is in excess of its mechanical limits.
☐ 2) The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

[illegible]
ODOMETER READING (No Tenths)

Date of Sale [illegible]

[signature] Signature of Seller/Agent — [signature] Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

[signature] Signature of Buyer/Agent — K Harris Printed Name (same as signature)

**FIRST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein, and has been transferred to the following printed name and address:

TOP MOTORS — 2229 Santa Anna Ave, Dallas, TX, 75228
Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

[illegible]
ODOMETER READING (No Tenths)

☐ 1) The mileage stated is in excess of its mechanical limits.
☐ 2) The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale [illegible]

CarMax Auto Superstores Inc.
Dealer Name

Dealer No. [illegible]

[signature] Agent Signature — [signature] Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

[signature] Signature of Buyer/Agent — [signature] Printed Name (same as signature)

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

[illegible]
ODOMETER READING (No Tenths)

☐ 1) The mileage stated is in excess of its mechanical limits.
☐ 2) The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

Date of Sale [illegible]

TOP MOTORS
Dealer Name

Dealer No. [illegible]

[signature] Agent Signature — [signature] Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser | Street | City | State | Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1) The mileage stated is in excess of its mechanical limits.
☐ 2) The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths)

Date of Sale | Dealer No.

Dealer's Name

Agent's Signature — Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent — Printed Name (same as signature)

**LIEN**

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
(LIST LIEN IN FAVOR OF NAME AND ADDRESS)

# BUYERS TAG RECEIPT - BUYERS COPY

| | | | |
|---|---|---|---|
| Tag Number: | [illegible] | Date of Sale: | MAR 04, 2023 |
| | | Expiration Date: | MAY 03, 2023 |
| Issue Date: | Mar 04, 2023 | | |
| VIN: | WAUDH74F78N117457 | | |
| Year: | 2008 | Body Style: | 4D |
| Make: | AUDI | Model: | A6 |
| Major Color: | SILVER | Minor Color: | |

Remarks:
PAPER TITLE
E-TITLE PRINT DATE: [illegible]

| | |
|---|---|
| Issuing Dealer: | TOP MOTORS |
| Dealer Number: | P157769 |

Purchaser

| | |
|---|---|
| Name 1: | VERN LOCKRIDGE |
| Address: | [illegible] AVE |
| | ALTOONA, PA |
| | 16602 |

BUYER is required to keep this receipt in the vehicle until vehicle is registered and metal plates are placed on the vehicle

BUYERS COPY

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS:** Vern Ramon Lockridge

**(b)** County of Residence of First Listed Plaintiff: Erie *(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: 1329 Kenmore Ave., Buffalo, NY 14217, 716-388-9221

**DEFENDANTS:** Section 8 Buffalo MHA,NY

County of Residence of First Listed Defendant: Erie *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*:

25 CV 338 – ✓

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [x] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* — Click here for: Nature of Suit Code Descriptions.

Selected: [x] 446 Amer. w/Disabilities - Other (Civil Rights)

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. DEMAND $ 25,000

CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [x] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE Senior Judge Linda A. Smith DOCKET NUMBER 1:24-cv-01905-LAS

DATE 04/14/2025

SIGNATURE OF ATTORNEY OF RECORD: Vern R Lockridge

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

Vern Ramon Lockridge
1329 Kenmre Ave.
Buffalo, N.Y. 14217

Retail
UNITED STATES POSTAL SERVICE
RDC 99
14202
U.S. POSTAGE PAID
FCM LG ENV
BUFFALO, NY 14217
APR 14, 2025
$0.00
S2324N507231-88
FOREVER USA
FOREVER USA

USDC - WDNY
APR 16 2025
BUFFALO

To: United States District Court
2 Niagara Square
Buffalo, N.Y. 14202